SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
JUAN VALENCIA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN VALENCIA,<br><br>       Plaintiff,<br><br>vs.<br><br>FARSHAD DAN ASHOORI D/B/A INTL HOUSE OF PANCAKES NO 718; and DOES 1 to 10,<br><br>       Defendants. | Case No.: 2:21-cv-08306-PA (JDEx)<br><br>**Declaration of Jason J. Kim in Support of Plaintiff's Motion for Default Judgment by Court**<br><br>Date: April 11, 2022<br>Time: 1:30 p.m.<br>Courtroom: 9A<br><br>Honorable Judge Percy Anderson |

1. I, the undersigned, am an attorney licensed to practice law by the State Bar of California. I am an attorney with So. Cal. Equal Access Group, and an attorney of record for the moving party, Plaintiff JUAN VALENCIA, and, in that capacity, I am familiar with this matter. Based on my own experience and knowledge, I can testify to the following.

2. I have been in practice for more than twenty years. I have prosecuted and defended numerous disability access cases, and have a great amount of trial

Declaration of Jason J. Kim - 1

experience. I have taken and defended hundreds of depositions, and attended hundreds of hearings.

3. Defendant FARSHAD DAN ASHOORI D/B/A INTL HOUSE OF PANCAKES NO 718 is not an infant or incompetent person or in military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940.

4. We conducted a public records search in order to ascertain the owners and operators of the facility that is the subject of this litigation. Based on this search and the records located, our office determined, to the best of our knowledge, that Defendant FARSHAD DAN ASHOORI D/B/A INTL HOUSE OF PANCAKES NO 718 owns the real property located at or about 15635 Ventura Blvd., Encino, California, that is the subject of this lawsuit on the date complained of by Plaintiff.

5. Defendant FARSHAD DAN ASHOORI D/B/A INTL HOUSE OF PANCAKES NO 718 was served with the Summons and Complaint on November 22, 2021 (Dkt. #15). Thereafter, default of Defendant FARSHAD DAN ASHOORI D/B/A INTL HOUSE OF PANCAKES NO 718 was entered on January 27, 2022 (Dkt. #17) as to the Complaint filed by Plaintiff on October 20, 2021 (Dkt. #1).

6. Notice of this Motion for Default Judgment by court was served on Defendant FARSHAD DAN ASHOORI D/B/A INTL HOUSE OF PANCAKES NO 718 on February 28, 2022, by first class United States Mail, postage prepaid.

7. Our office expended time and incurred costs in preparing this case. I have done the following: (1) discussed the case with the client and developed the intake notes; (2) reviewed documentary evidence pertaining to the site inspection of the real property to comply with my Rule 11 obligations; (3) reviewed the results of public records research to determine the identities of the business owner and owner of the real property; (4) drafted and reviewed the Complaint;

1. (5) drafted and executed the Request for Entry of Default; (6) and drafted this motion for default judgment, my supporting declaration, and Plaintiff's declaration. Our office personnel and I spent a total of 6.45 hours of time in prosecuting this case, and incurred $557.00 in expenses. A true and correct copy of our office's Billing Statement describing the tasks performed and the rate at which each task was performed is attached hereto as Exhibit "A".

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: February 28, 2022            **SO. CAL. EQUAL ACCESS GROUP**


                                    By:    /s/ Jason J. Kim_____
                                           Jason J. Kim, Esq.
                                           Attorneys for Plaintiff

Declaration of Jason J. Kim - 3

EXHIBIT "A"

**SO. CAL. EQUAL ACCESS GROUP**
**101 S. Western Avenue, Second Floor**
**Los Angeles, CA 90004**
**T: (213) 252-8008 / Fax: (213) 252-8009**

## BILLING STATEMENT

**Case Name:** Valencia v. Ashoori dba INTL House of Pancakes No 718
**Case Number:** 2:21-cv-08306-PA-JDEx

### BILLABLE HOURS

| Date | Timekeeper | Task Description | Hourly Rate | Hours Worked | Fee (Hourly Rate x Hours Worked) |
|---|---|---|---|---|---|
| 9/15/2021 | JJK - Attorney | Initial consultation w/ client - fact gathering & intake; analysis of client's claim | $500.00 | 1.00 | $500.00 |
| 9/29/2021 | MSO - Paralegal | Initial assessment: Google maps; Yelp search; Address search; Business search; public records (LexisNexis): Deed search | $100.00 | 0.50 | $50.00 |
| 10/9/2021 | MSO - Paralegal | Property visit | $100.00 | 0.50 | $50.00 |
| 10/20/2021 | JJK - Attorney | Final review of facts & assessments; Rule 11 obligation | $500.00 | 0.40 | $200.00 |
| 10/20/2021 | JJK - Attorney | Draft Complaint & Initial pleadings | $500.00 | 0.50 | $250.00 |
| 10/20/2021 | MSO - Paralegal | eFile initial pleadings; create case file | $100.00 | 0.45 | $45.00 |
| 10/21/2021 | MSO - Paralegal | Gather Summons & Complaint packet; subsequent documents | $100.00 | 0.50 | $50.00 |
| 10/21/2021 | MSO - Paralegal | Subsequent docket; calendar OSC deadline | $100.00 | 0.15 | $15.00 |
| 11/3/2021 | JJK - Attorney | Draft & eFile OSC response | $500.00 | 0.35 | $175.00 |
| 11/18/2021 | MSO - Paralegal | Copy S&C / Prepare Service Request Form | $100.00 | 0.50 | $50.00 |
| 1/21/2021 | MSO - Paralegal | Gather subsequent docket; Calendar OSC deadline | $100.00 | 0.15 | $15.00 |
| 1/27/2022 | MSO - Paralegal | eFile Proof of Service & Request for Entry of Default; Gather subsequent dockets | $100.00 | 0.45 | $45.00 |

| Date | | Description | | | Rate | Quantity | Total |
|---|---|---|---|---|---|---|---|
| 1/28/2022 | MSO - Paralegal | Gather subsequent docket; Calendar motion deadline | | | $100.00 | 0.20 | $20.00 |
| 2/28/2022 | JJK - Attorney | Draft & Serve Motion for Default Judgment; Memorandum of points & authorities; Supporting declarations; etc. | | | $500.00 | 0.80 | $400.00 |
| | | | | | | 6.45 | $1,865.00 |

**EXPENSES**

| Date | Description | Rate | Quantity | Total |
|---|---|---|---|---|
| 9/29/2021 | Deed purchase | $45.00 | 1 | $45.00 |
| 10/9/2021 | Gas & Mileage reimbursement | $60.00 | 1 | $60.00 |
| 10/20/2021 | Filing fee | $402.00 | 1 | $402.00 |
| 11/22/2021 | Service of Process | $50.00 | 1 | $50.00 |
| | | | | $557.00 |

Statement Balance  $2,422.00