SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
JUAN VALENCIA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN VALENCIA,<br><br>        Plaintiff,<br><br>    vs.<br><br>FARSHAD DAN ASHOORI D/B/A INTL HOUSE OF PANCAKES NO 718; and DOES 1 to 10,<br><br>        Defendants. | **Case No.: 2:21-cv-08306-PA (JDEx)**<br><br>**Declaration of Juan Valencia in Support of Plaintiff's Motion for Default Judgment**<br><br>Date: April 11, 2022<br>Time: 1:30 p.m.<br>Courtroom: 9A<br><br>Honorable Judge Percy Anderson |

1. I am the plaintiff in this matter and, based on my own experience and knowledge, I can competently declare the following:

2. I have a physical disability with substantial limitation in ability to walk. I suffer from paraplegia due to T11 and T12 spinal cord injury with fracture, and require the use of a wheelchair for mobility at all time when traveling in public.

3. In or around August of 2021, I went to IHOP ("Business") located at or about 15635 Ventura Blvd., Encino, California.

//

DECLARATION OF JUAN VALENCIA - 1

4. When I got there, I discovered barriers and conditions in the parking space that denied full and equal access by persons like myself who require the use of a wheelchair for mobility.

5. Due to the lack of accessible facilities, I have been deterred from further attempting to visit the Business.

6. I would like to return to the Business.

7. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and accurate.

Dated:  February 28, 2022          By: _____

                                         JUAN VALENCIA,
                                         Plaintiff

---

DECLARATION OF JUAN VALENCIA - 2