1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN VALENCIA,<br><br>        Plaintiff,<br><br>   vs.<br><br>FARSHAD DAN ASHOORI D/B/A INTL HOUSE OF PANCAKES NO 718; and DOES 1 to 10,<br><br>        Defendants. | **Case No.: 2:21-cv-08306-PA (JDEx)**<br><br>**Proposed Judgment Re: Default Judgment**<br><br>Date: April 11, 2022<br>Time: 1:30 p.m.<br>Courtroom: 9A<br><br>Honorable Judge Percy Anderson |

    Upon review of the court files, the motion for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that Plaintiff JUAN VALENCIA shall have JUDGMENT in his favor in the amount of $2,422.00 as fees-and-costs award against Defendant FARSHAD DAN ASHOORI D/B/A INTL HOUSE OF PANCAKES NO 718.

//
//

1

1        Additionally, Defendant FARSHAD DAN ASHOORI D/B/A INTL HOUSE OF
2  PANCAKES NO 718 is ordered to provide an accessible parking space at the property
3  located at or about 15635 Ventura Blvd., Encino, California, in compliance with the
4  Americans with Disabilities Act Accessibility Guidelines.

6  Dated: _____          _____

8                                                  United States District Judge