JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN VALENCIA, | CV 21-8306 PA (JDEx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| FARSHAD DAN ASHOORI (d/b/a International House of Pancakes No. 718), | |
| Defendant. | |

Pursuant to the Court's April 6, 2022 Minute Order, which denied the Motion for Default Judgment filed by plaintiff Juan Valencia ("Plaintiff") against defendant Farshad Dan Ashoori (d/b/a International House of Pancakes No. 718) ("Defendant"), it is HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's action is dismissed without prejudice for lack of Article III standing.

DATED: April 6, 2022

Percy Anderson
UNITED STATES DISTRICT JUDGE